UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

**SHAH BROTHERS, INC.** Plaintiff,

v.

**UNITED STATES,** Defendant.

S U M M O N S

Court No. 23-cv-00104

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Memphis | Center (if known) | Agriculture & Prepared Products |
|---|---|---|---|
| Protest Number: | 2006-22-106685 | Date Protest Filed: | 04/04/2022 |
| Importer: | Shah Brothers Inc. | Date Protest Denied: | 11/23/2022 |
| Category of Merchandise: | Raw nuts | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| EJ400332329 | 8/25/2020 | 10/8/2021 | | | |
| EJ400334176 | 9/06/2020 | 10/15/2021 | | | |
| EJ400335801 | 9/16/2020 | 10/15/2021 | | | |
| EJ400351717 | 2/05/2021 | 10/15/2021 | | | |

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 900174
Tel: (213) 630-8888   cduncan@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Pan Masala | 2106.90.9998, HTSUS | 6.4 % | 0802.80.2000, HTSUS | 5¢/kg |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Shah Brothers, Inc. challenges Customs' reclassification of pan masala as prepared food under HTSUS 2106.90.9998 (6.4%).

The issue which was common to all such denied protests:

Whether pan masala is prepared.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Christopher J. Duncan
_____
Signature of Plaintiff's Attorney

5/12/23
_____
Date

## SCHEDULE OF PROTESTS

Center (if known) _____

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)